# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS – CENTRAL DIVISION

| | |
|---|---|
| SANCHARAE KELLEY, an individual;<br>KIMBERLY MOSQUEA, an individual;<br>DANIA SEVERINO, an individual;<br>DEIMARIS DELGADO, an individual; and<br>JAMILEX TRINIDAD, an individual,<br><br>     Plaintiffs,<br><br>v.<br><br>MANLO ENTERPRISES, INC. dba MARIO'S SHOWPLACE II, a Massachusetts corporation; FRANK A. CHIELLO, JR., an individual; DOES MANAGERS 1-3; and DOES 4-10, inclusive,<br><br>     Defendants. | **Civil Action No.: 4-20-cv-40061-TSH**<br><br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF FLSA SETTLEMENT** |

This Court, having considered plaintiffs Sancharae Kelley, Kimberly Mosquea, Dania Severino, Deimaris Delgado, and Jamilex Trinidad, (collectively, "Plaintiffs") Motion for Approval of FLSA Settlement, the Amendment to Settlement Agreement and General Release (Dkt. No. 24-1), the declaration and supporting exhibits, and good cause appearing, the Court makes the following Order:

The Court finds the settlement to be fair and reasonable pursuant to the FLSA.

Therefore, the Court hereby **GRANTS** the Motion and rules as follows:

The Settlements amounting to a total of $120,000 are approved, including the payment schedule described in the Amendment to Settlement Agreement and General Release (Dkt. No. 24-1). The Court approves attorneys' fees of thirty percent (30%) of the recoveries and reimbursable costs to counsel of $630.00 split evenly among the Plaintiffs. The gross allocations of the $120,000 to the dancers is as follows:

| | |
|---|---|
| Kelley | **$36,000.00** |
| Delgado | **$24,000.00** |
| Mosquea | **$24,000.00** |
| Severino | **$26,000.00** |
| Trinidad | **$10,000.00** |

The attorneys' fees and costs at thirty percent are allocated as follows:

| Entertainer | Attorneys' Fees | Costs | Total to Client | Total |
|---|---|---|---|---|
| Kelley | $10,800.00 | $126.00 | $25,074.00 | $36,000 |
| Delgado | $7,200.00 | $126.00 | $16,674.00 | $24,000 |
| Mosquea | $7,200.00 | $126.00 | $16,674.00 | $24,000 |
| Severino | $7,800.00 | $126.00 | $18,074.00 | $26,000 |
| Trinidad | $3,000.00 | $126.00 | $6,874.00 | $10,000 |
| **Totals** | $36,000.00 | $630.00 | $83,370.00 | $120,000.00 |

**IT IS SO ORDERED.**

Dated: 5/11/21

/s/ Timothy S. Hillman

Honorable Timothy S. Hillman
United States District Judge